IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EBONY CHAMBERS, in her own right
and as Administratrix of the Estate of
Rashaan Chambers, deceased, and
ROBERT TAYLOR,
                              Plaintiffs,

v.

CITY OF PHILADELPHIA,
BLANCHE CARNEY,
NANCY GIANETTA,
EDWIN CRUZ,
ROBERT ROSE,
STEVEN ANGELUCCI,
JESSICA BOWERS,
WALTER E. GRAY, III,
MANYEAH BURNETT,
SOJAN VARGHESE,
WANDA MURCHISON, and
C.O. JOHN/JANE DOES 3-10,
                              Defendants.

CIVIL ACTION

NO. 23-0137

## ORDER

AND NOW, this **20th** day of **April, 2023**, upon consideration of the Motion to Allow Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss to Exceed the Court's Page Limit by Five Pages (ECF No. 23), and the Plaintiffs' representations at ECF Nos. 23 and 25 that the Defendants do not oppose this motion, it is hereby **ORDERED** that the motion is **GRANTED**, and Plaintiff's Response (ECF No. 24) is accepted as filed and will be fully reviewed by the Court alongside Defendants' Motion to Dismiss (ECF No. 16) and Defendants' Reply (ECF No. 27).

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge