IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EBONY CHAMBERS, in her own right and as Administratrix of the Estate of Rashaan Chambers, deceased, and ROBERT TAYLOR,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PHILADELPHIA, BLANCHE CARNEY, NANCY GIANETTA, EDWIN CRUZ, ROBERT ROSE, STEVEN ANGELUCCI, JESSICA BOWERS, WALTER E. GRAY, III, MANYEAH BURNETT, SOJAN VARGHESE, WANDA MURCHISON, and C.O. JOHN/JANE DOES 3-10,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 23-0137 |

## ORDER

AND NOW, this **20th** day of **April, 2023**, upon consideration of Defendant Jessica Bowers's Motion to Adopt ECF 16 (ECF No. 18), it is hereby **ORDERED** that the motion is **GRANTED**, and Defendant Jessica Bowers is permitted to join in her co-defendants' Motion to Dismiss (ECF No. 16).

BY THE COURT:

_/s/ Kai N. Scott_
HON. KAI N. SCOTT
United States District Court Judge