IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EBONY CHAMBERS, in her own right and as Administratrix of the Estate of Rahsaan Chambers, and ROBERT TAYLOR<br>　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF PHILADELPHIA, BLANCHE CARNEY, NANCY GIANETTA, EDWIN CRUZ, ROBERT ROSE, STEVEN ANGELUCCI, JESSICA BOWERS, WALTER E. GRAY, III, MANYEAH BURNETT, SOJAN VARGHESE, WANDA MURCHISON, and C.O. JOHN/JANE DOES 3-10,<br>　　　　　　Defendants. | CIVIL ACTION<br>NO. 23-0137 |

## SCHEDULING ORDER

**AND NOW,** this 26th day of July, 2023, upon consideration of the parties' Report of Rule 26(f) Meeting (ECF No. 39) and the representations made by counsel at the Initial Pretrial Conference held on July 25, 2023, it is hereby **ORDERED** that:

1. The parties may contact Judge Scott's chambers if they would like to be referred to the Honorable Elizabeth Hey, United States Magistrate Judge, for a settlement conference.

2. The parties shall update Judge Scott's chambers on the status of discovery via email to Chambers or joint electronic filing by **December 5, 2023.**

3. Fact discovery shall be completed by **January 5, 2023.**

4. The parties must exchange any affirmative expert reports by **February 5, 2024.** The parties must exchange any rebuttal expert reports by **March 5, 2024.** All expert discovery

shall be completed by **April 5, 2024.**

5.  Any motion for summary judgment, *Daubert* motion, or other dispositive motion must be filed by **May 6, 2024.** Any response to a motion for summary judgment shall be filed by **June 6, 2024.** Any reply shall be filed by **June 20, 2024.**

6.  Parties must submit pretrial memoranda and any complex motions in limine by **August 20, 2024**. Pretrial memoranda and motions in limine must comply with Local Rule of Civil Procedure 16.1(c) and Judge Scott's Policies and Procedures.

7.  The final pre-trial conference shall be held in Chambers on **Tuesday, September 3, 2024, at 10:00 a.m.**

8.  This case will enter the trial pool on **Tuesday, September 10, 2024.**

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge