IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EBONY CHAMBERS, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF PHILADELPHIA, et al.,<br><br>    Defendants. | Civil Action<br>No. 23-0137 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly withdraw the appearance of Danielle B. Rosenthal as counsel for Defendant Wanda Murchinson, in the above-captioned matter

                              Respectfully submitted:

Dated: November 21, 2023              /s/ Danielle B. Rosenthal
                                       Danielle B. Rosenthal
                                         Deputy City Solicitor
                                         City of Philadelphia Law Department
                                         1515 Arch Street, 14th Floor
                                         Philadelphia, PA 19102
                                         (215) 683-5448
                                         danielle.rosenthal@phila.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EBONY CHAMBERS, et al.** | : |
| **Plaintiffs,** | : |
| | : Civil Action |
| v. | : No. 23-0137 |
| | : |
| **CITY OF PHILADELPHIA, et al.,** | : |
| | : |
| **Defendants.** | : |

## CERTIFICATE OF SERVICE

I certify that on this date, a true and correct copy of the foregoing Notice of Withdrawal of Appearance was filed via the Court's electronic filing system and is available for viewing and downloading.

Date: November 21, 2023

Respectfully submitted,

*/s/ Danielle B. Rosenthal*
Danielle B. Rosenthal
Deputy City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5448
danielle.rosenthal@phila.gov