IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EBONY CHAMBERS, et al. | : | |
| Plaintiffs, | : | |
| | : | Civil Action |
| v. | : | No. 23-0137 |
| CITY OF PHILADELPHIA, et al., | : | |
| Defendants. | : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**TO THE CLERK OF THE COURT:**

Kindly withdraw the appearance of Emily M. Hoff as counsel for Defendant Wanda Murchinson, in the above-captioned matter

Respectfully submitted:

Dated: November 22, 2023

*/s/ Emily M. Hoff*
Emily M. Hoff
Assistant City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5362
emily.hoff@phila.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EBONY CHAMBERS, et al.** : | |
| : | |
| **Plaintiffs,** : | |
| : | **Civil Action** |
| v. : | **No. 23-0137** |
| : | |
| **CITY OF PHILADELPHIA, et al.,** : | |
| : | |
| **Defendants.** : | |
| : | |

### CERTIFICATE OF SERVICE

I certify that on this date, a true and correct copy of the foregoing Notice of Withdrawal of Appearance was filed via the Court's electronic filing system and is available for viewing and downloading.

Date: November 21, 2023

Respectfully submitted,

/s/ Danielle B. Rosenthal
Danielle B. Rosenthal
Deputy City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5448
danielle.rosenthal@phila.gov