IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EBONY CHAMBERS, in her own right and as Administratrix of the Estate of Rashaan Chambers, deceased, and ROBERT TAYLOR,<br>　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>CITY OF PHILADELPHIA, BLANCHE CARNEY, NANCY GIANETTA, EDWIN CRUZ, ROBERT ROSE, STEVEN ANGELUCCI, JESSICA BOWERS, WALTER E. GRAY, III, MANYEAH BURNETT, SOJAN VARGHESE, WANDA MURCHISON, and C.O. JOHN/JANE DOES 3-10,<br>　　　　　　　　　　Defendants. | CIVIL ACTION<br><br>NO. 23-0137 |

## ORDER

**AND NOW**, this **29th** day of **January 2024**, upon consideration of Plaintiffs' Motion to Extend Page Limit and Consolidated Brief in Support (ECF No. 51), it is hereby **ORDERED** that Plaintiffs' Motion (ECF No. 51) is **GRANTED**. Plaintiffs' Motion to Compel Discovery (ECF No. 52) is accepted as filed.

**IT IS FURTHER ORDERED** that Defendants are permitted to file a responsive brief in equal length to Plaintiffs' Brief.

BY THE COURT:

_/s/ Kai N. Scott_
**HON. KAI N. SCOTT**
**United States District Court Judge**