IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EBONY CHAMBERS, in her own right and as Administratrix of the Estate of Rahsaan Chambers, deceased, and ROBERT TAYLOR,<br><br>       Plaintiffs,<br><br>v.<br><br>CITY OF PHILADELPHIA, BLANCHE CARNEY, NANCY GIANETTA, EDWIN CRUZ, ROBERT ROSE, STEVEN ANGELUCCI, JESSICA BOWERS, WALTER E. GRAY, III, MANYEAH BURNETT, SOJAN VARGHESE, WANDA MURCHISON, and C.O. JOHN/JANE DOES 3-10,<br><br>       Defendants. | CIVIL ACTION<br><br>NO. 23-0137 |

## ORDER

**AND NOW**, this **29th** day of **February, 2024**, upon consideration of the Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 16) joined by most of the defendants,[1] the plaintiffs' Response in Opposition to Defendants' Motion to Dismiss (ECF No. 24), and the defendants' Reply Memorandum of Law in Further Support of the Motion to Dismiss (ECF No. 27), it is hereby **ORDERED** that the Motion to Dismiss (ECF No. 16) is **DENIED**.

---

[1] All known defendants except for Sojan Varghese and Wanda Murchison have joined in this motion. *See* ECF Nos. 30 & 33.

It is **FURTHER ORDERED** that the plaintiffs must provide notice of any specific claims that they intend to bring against any supervisory defendants at least 30 days before the deadline for filing dispositive motions. An amended scheduling order will reflect this requirement.

BY THE COURT:

_____
HON. KAI N. SCOTT
**United States District Court Judge**
