IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EBONY CHAMBERS, *et al.*,<br>*Plaintiffs* | :<br>:<br>: |
| v. | : CIVIL NO. 23-0137 |
| CITY OF PHILADELPHIA, *et al.*,<br>*Defendants.* | :<br>:<br>: |

### ORDER

**AND NOW**, this **14th** day of **March 2024**, upon consideration of Plaintiffs' Motion to Compel (ECF No. 52), which has been fully briefed, and following oral argument held on March 12, 2024, it is **hereby ORDERED** that Plaintiffs' Motion to Compel (ECF No. 52) is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Defendants must produce documentation of other in-custody deaths and associated investigations throughout the PDP from April 1, 2016 through the present.

2. Defendants shall prepare and produce an index of the complete personnel files of the Defendants Manyeah Burnett, Sojan Varghese, and Wanda Murchison. Defendants must then produce all indexed materials concerning training records, performance evaluations, awards, decorations, commendations, or other positive citations, and documents pertaining to any disciplinary proceedings of which each Defendant has been subject. These materials shall be produced with appropriate redactions of personal and financial information. As to all other materials contained in the personnel files of Defendants Manyeah Burnett, Sojan Varghese, and Wanda Murchison, counsel shall meet and confer after the index is produced to determine if any other categories of materials should be produced.

3. Defendants are not required to produce the personnel files of Defendants Commissioner Carney, Nancy Gianetta, Edwin Cruz, Robert Rose, Steven Angelucci, Jessica Bowers, and

Walter Gray III.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge