IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Ebony Chambers, Administratrix for the
Estate of Rahsaan Chambers, et. al.

v.   23-cv-137-KNS

City of Philadelphia, et. al.

## ORDER

AND NOW, this 4th day of September, 2024 upon consideration of the motion of plaintiffs' motion to take the deposition of three incarcerated individual that include Ray Smith, DeAndre Williams and Lewis Brown pursuant to F.R.C.P. 30(a)(2) and the consent of the defendants, it is hereby **ORDERED** and **DECREED** that said motion is granted. It is further **ORDERED** that counsel for plaintiffs shall be permitted to depose Ray Smith, an individual presently incarcerated at a state correctional institution in Pennsylvania, DeAndre Williams, an individual presently incarcerated at a jail in the County of Philadelphia, and Lewis Brown, an individual presently incarcerated at a jail in the County of Philadelphia at a location and in a manner to be determined and at a time and date convenient to the parties and the administration of the Pennsylvania Department of Prisons and the Philadelphia Department of Prisons.

UNITED STATES DISTRICT COURT

_____
HONORABLE KAI SCOTT
UNITED STATES DISTRICT COURT JUDGE

Certification of Service

I hereby certify that on September 3, 2024, I electronically filed Plaintiff's Motion to Take the Deposition of Incarcerated Person Pursuant to F.R.C.P. 30(a)(2) with the Clerk of this Court by using the CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system and include:

> Andrew Pomager, Esq.
> Emily Hoff, Esq.
> Nicolas Cummins, Esq.
> Sarah Gray, Esq.
> John Gonzalez, Esq.
> Jahlee Hatchett, Esq.

/s/ Alan J. Tauber